1

2

3

4

5

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

6  DONALD BROWN,                                    CASE NO. 1:12-cv-01175-AWI-SKO PC

7                              Plaintiff,           ORDER DISMISSING ACTION WITHOUT
                                                    PREJUDICE FOR FAILURE TO EITHER PAY
8        v.                                         FILING FEE OR FILE APPLICATION TO
                                                    PROCEED IN FORMA PAUPERIS
9  K. ALLISON,
                                                    (Doc. 3)
10                             Defendant.

11  _____/

12        Plaintiff, proceeding pro se, filed this civil rights action on July 18, 2012.  Plaintiff did not

13  pay the $350.00 filing fee in full or file an application to proceed in forma pauperis, and on July 23,

14  2012, the Court ordered Plaintiff to do so within forty-five days.  More than forty-five days have

15  passed and Plaintiff has not complied with or otherwise responded to the Court's order.  Plaintiff was

16  warned that dismissal would occur if he failed to obey the order.

17        A civil action may not proceed absent the submission of either the filing fee or an application

18  to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915.  Because Plaintiff has submitted neither and

19  has not responded to the Court's order to do so, dismissal of this action is appropriate.  In re

20  Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006);

21  Local Rule 110.

22        Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for

23  failure to pay the filing fee or file an application to proceed in forma pauperis.

24  IT IS SO ORDERED.

25

    Dated:    October 4, 2012            _____
26                                        CHIEF UNITED STATES DISTRICT JUDGE

27

28

1